**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ronnie Eugene Stewart, | ) | No. CV-98-368-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Terry L. Stewart, et al., | ) | |
| Defendants. | ) | |

Before the court are Plaintiff's Motion for New Trial (doc. #396) filed September 7, 2005, two days before plaintiff filed his Notice of Appeal (doc. #397), the remaining Defendants' Response (doc. # 402), and Plaintiff's Reply. (Doc. # 403). This court retains jurisdiction to dispose of the Motion for New Trial, notwithstanding plaintiff's later filing of a Notice of Appeal. Rules 4(a)(4)(A) and (B)(i), Federal Rules of Appellate Procedure. The Motion for New Trial does not meet the force of the Order granting summary judgment (doc. #394) and therefore will be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion for New Trial (doc. #396) is denied.

DATED this 11th day of October 2005.

_____
Neil V. Wake
United States District Judge